AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

MATTHEW PERDZIAK

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04 11:40 AM |
| NAME OF SERVER: William SAVAGE | TITLE PROCESS SERVER |

Check

☑ Served personally upon the defendant. Place where served: 120 Fisher Rd Buffalo N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 20.00 | 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
*Date*

*Signature of Server* Wm B Savage

*Address of Server* 6061 Taylor Rd Hamburg N.Y.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

CVETKO CVETKOVSKI

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  10:25 AM |
| NAME OF SERVER William B Savage | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 35 Bell St Lackawanna N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  5.00 | SERVICES  25.00 | TOTAL  30.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/04
         Date

Wm B Savage
Signature of Server

6661 Taylor Rd Hamburg N.Y.
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons In a Civil Action

VLADE EVTIMOV

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  10:15 AM |
| NAME OF SERVER William B Savage | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 81 Barlow Wackawanna N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 25.00 | TOTAL 30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
Date

Signature of Server: Wm B Savage

6661 Taylor Rd Hamburg N.Y.
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

CHARLES GALBO

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1/10/04  9:35 AM |
| NAME OF SERVER  William B Savage | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3625 Columbia St Hamburg NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 25.00 | 30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
Date

Signature of Server: William B Savage

Address of Server: 6661 Taylor Rd Hamburg NY

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

MATTHEW GUTOWSKI

| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  10:30 AM |
|---|---|
| NAME OF SERVER William B Savage | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 25 Michael Pl Lackawanna NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 25.00 | TOTAL 30.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04

Signature of Server: William B Savage

Address of Server: 6661 Taylor Rd Hamburg N.Y.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

KIRE JANCEVSKI

## RETURN OF SERVICE

| | DATE 1/10/04  10:20 AM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

NAME OF SERVER: William B Savage
TITLE: Process Server

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 48 Goodrich St Lackawanna NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 25.00 | 30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
Date

Signature of Server: Wm B Savage

Address of Server: 6661 Taylor Rd Miansburg NY

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

CHARLES SMITH

Service of the Summons and Complaint was made by me[1]

DATE 1/10/04   3:30 PM

NAME OF SERVER: William B Savage

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4540 Eckhardt Rd Eden N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 25.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
Date

Signature of Server: Wm B Savage

Address of Server: 6661 Taylor Rd Hamburg N.Y.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ILIJA STOJANOVSKI

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1/10/04  10:10 AM |

| NAME OF SERVER | TITLE |
|---|---|
| William B Savage | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 165 Milnor Ave Lackawanna NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5 00 | 20 00 | 25 00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
         Date

Wm B Savage
Signature of Server

6661 Taylor Rd Hamburg NY
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

JOHN SZMALEC

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  12:50 PM |
| NAME OF SERVER: William B Savage | TITLE Process Server |

Check

☑ Served personally upon the defendant. Place where served: 27 Basswood Dr Cheektowaga NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 20.00 | TOTAL 25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/04
  Date

Wm B Savage
  Signature of Server

6661 Taylor Rd Hamburg NY
  Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

FRANCIS SCHWACH

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1/10/04  3:10 PM |
| NAME OF SERVER MELISSA PODRAZA | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 661 Larkin Rd Derby N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 25.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/17/04

Signature of Server: Melissa M Podraza

Address of Server: 9108 Applewood Avenue, Angola New York 14006

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

Clarence Vail Jr

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  1:45 PM |
| NAME OF SERVER Melissa Podraza | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8541 N Main St #11 Angola N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 10.00 | SERVICES 25.00 | TOTAL 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/04
Date

Signature of Server: Melissa Podraza

Address of Server: 9268 Applewood Avenue Angola New York 14006

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

JONATHAN BATES

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  12:55 PM |
| NAME OF SERVER MELISSA PODRAZA | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1472 Milestrip Rd  North Collins N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 15.00 | SERVICES 30.00 | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/17/04

Signature of Server: Melissa M Podraza

Address of Server: 9108 Applewood Avenue, Angola New York 14006

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

EUGENE THIVES

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/10/04  12:15 PM |
| NAME OF SERVER MELISSA PODRAZA | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 10051 CENTER RD FORESTVILLE N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | 30.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/17/04
Date

Signature of Server: Melissa M Podraza

Address of Server: 9108 Applewood Avenue
Angola, New York 14006

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.